■ In the Matter of KENNETH F. KAPLAN (Admitted as KENNETH FRANKLIN KAPLAN), a Disbarred Attorney. [751 NYS2d 361] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a Hearing Panel for hearing and report, as indicated. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Friedman and Gonzalez, JJ.

■ In the Matter of CHRISTOPHER T. RAGUCCI, a Disbarred Attorney. [751 NYS2d 361] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a Hearing Panel for a hearing and report, as indicated. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Wallach and Lerner, JJ.